In the Matter of REGINALD LUSH et al., Appellants, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWNS OF MANCHESTER AND OTHERS, Respondent.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

ROBERTA I. WALTERS et al., as Executors of THEODORE C. WALTERS, Deceased, Respondents-Appellants, v. GREAT AMERICAN INDEMNITY COMPANY, Appellant, and LAURENCE R. JENNINGS, Respondent.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

BARBARA HILBRECHT, by Her Guardian ad Litem, EDWARD HILBRECHT, et al., Respondents, v. DAVID BECKWITH, an Infant, by DAVID A. BECKWITH, His Guardian ad Litem, et al., Appellants.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.